| FORM 9. Certificate of Interest | Form 9 |
| --- | --- |
| | Rev. 03/16 |

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IpVenture, Inc.  **v.**  FedEx Corporation

Case No. 16-1911

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
| --- | --- | --- |
| IpVenture, Inc. | n/a | None |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

C. Douglass Thomas; Peter P. Tong; Desmarais LLP; John M. Desmarais; Michael P. Stadnick; Sean T. Doyle

5-10-2016
Date

/s/ C. Douglass Thomas
Signature of counsel

Please Note: All questions must be answered

C. Douglass Thomas
Printed name of counsel

cc:

Reset Fields

## CERTIFICATE OF SERVICE

I certify that, on or about the date specified below, a copy of this document and any supporting materials was served on counsel of record on by Electronic Means (by E-mail or CM/ECF).

Date of Service: May 10, 2016

/C. Douglass Thomas/
C. Douglass Thomas
Registration No. 32,947
Lead Counsel for IpVenture, Inc.