# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
**717 MADISON PLACE, N.W.**
**WASHINGTON, D.C. 20439**

**PETER R. MARKSTEINER**
**CLERK OF COURT**

TELEPHONE: 202-275-8000

June 20, 2016

To: C. Douglass Thomas

Re: Appeal No. 16-1911, IpVenture, Inc. v. FedEx Corporation

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted motion cannot be filed for the following reason(s):

- Incorrect relief was selected. The correct relief is "**extend time to file appellant/petitioner's principal brief**".

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court

cc: Jeffrey A. Berkowitz
E. Chris Cherry
Michael Vincent Young Sr.