# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 2016-1911

### IPVENTURE, INC.,
*Appellant*,

v.

### FEDEX CORPORATION,
*Appellee*.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00833.

## **NOTICE OF CORRECTION OF JOINT APPENDIX**

Appellant, IpVenture, Inc., filed the Joint Appendix on October 27, 2016. In addition to the corrections made to comply with the Notice of Rejection issued October 31, 2016, this submission is to correct the following:

(i) Pages 477-479 have been added to provide all pages of the associated patent.

(ii) A page number was added to page 1937.

No other changes are being made to this Joint Appendix other than the corrections described above and ordered in the Court's Notice of Rejection. Upon acceptance by the Clerk of the Court of the electronically filed Corrected Joint Appendix, paper copies will be hand-filed at the Office of the Clerk, United States Court of Appeals for the Federal Circuit.

Dated: October 31, 2016              Respectfully Submitted,

                                                    By:
                                                         <u>/s/ C. Douglass Thomas</u>
                                                         C. Douglass Thomas
                                                         Counsel for Appellants

C. Douglass Thomas
IPVENTURE, INC.
5150 El Camino Real
Los Altos, California 94022
(650) 903-9200
(650) 903-9800 Facsimile
doug@ipventure.com

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IpVenture, Inc. **v.** FedEx Corporation

Case No. 16-1911

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| IpVenture, Inc. | n/a | None |
| | | |
| | | |
| | | |
| | | |
| | | |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

Peter P. Tong; Desmarais LLP; John M. Desmarais; Michael P. Stadnick; Sean T. Doyle

10-31-2016 /s/ C. Douglass Thomas

Date     Signature of counsel

Please Note: All questions must be answered     C. Douglass Thomas

Printed name of counsel

cc: _____

Reset Fields

# **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 31st day of October, 2016, I caused this Notice of Correction to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

| | |
|---|---|
| E. Chris Cherry<br>FEDEX LEGAL DEPARTMENT<br>3620 Hacks Cross Road<br>Building B, 3rd Floor<br>Memphis, Tennessee 38125<br>(901) 757-3290<br>chris.cherry@fedex.com | Jeffrey A. Berkowitz<br>Michael V. Young, Sr.<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, Virginia 20190<br>(571) 203-2700<br>jeffrey.berkowitz@finnegan.com<br>michael.young@finnegan.com |
| *Counsel for Appellee* | *Counsel for Appellee* |

/s/ C. Douglass Thomas
*Counsel for Appellant*